UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT JANASZAK and STORM JANASZAK,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | CASE NO. C12-5427 BHS<br><br>ORDER GRANTING MOTION TO WITHDRAW AND EXTENDING DEADLINE TO FILE AMENDED COMPLAINT |

This matter comes before the Court on Plaintiffs' attorney Lakisha Morris's motion to withdraw as attorney. Dkt. 24.

On October 1, 2012, the Court granted Defendants' motion for judgment on the pleadings and granted Plaintiffs Scott and Storm Janaszak's ("Janaszaks") leave to file an amended complaint. Dkt. 20. On October 29, 2012, Ms. Morris filed the instant motion seeking leave to withdraw as attorney of record and submitting a certification that the motion was served on the Janaszaks. Dkt. 24.

ORDER - 1

1  The Court grants the motion to withdraw because the Janaszaks have sufficient
2  time to either retain an attorney or prepare to represent themselves, and no party has
3  objected.  The Court will also allow the Janaszaks additional time to file an amended
4  complaint that complies with the Court's order (Dkt. 20).  Therefore, the Janaszaks shall
5  file an amended complaint no later than January 4, 2012.  If the Janaszaks fail to comply
6  with this order or show good cause why they were unable to comply, the Clerk shall close
7  this case without further orders from the Court.

8  **IT IS SO ORDERED.**

9  Dated this 5th day of December, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge